```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
```

**In the Matter of the Petition**
**for Disciplinary Action against**
**Benjamin Eugene Myers, a Minnesota**
**Attorney, Registration No. 341447**

<u>ORDER OF SUSPENSION</u>

15-mc-39 MJD

---

Local Rule 83.5 of this court requires admission to practice before the Minnesota Supreme Court as a prerequisite to admission. It appearing to the satisfaction of the court that by an order of the Minnesota Supreme Court, filed on May 29, 2015, Benjamin Eugene Myers, DM Law Group LLC, 207 East Lake Street, Suite 307, Minneapolis, MN 55408, who had heretofore been admitted as an attorney and counselor at law, licensed to practice in all the courts in the State of Minnesota, has been suspended from the practice of law before the courts of the State of Minnesota, effective June 12, 2015; and it appearing that Benjamin Eugene Myers has been admitted to practice as an attorney in this court;

**IT IS THEREFORE ORDERED**, pursuant to Local Rule 83.6(d) of this court that Benjamin Eugene Myers be and is hereby automatically suspended from the practice of law, effective June

12, 2015, and shall be ineligible to practice law before this court during the same period that he is prohibited from practicing law by the Minnesota Supreme Court.  Benjamin Eugene Myers must notify each client being represented before this court as of May 29, 2015 of his suspension.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall serve this order upon Benjamin Eugene Myers by mail and file proof of such service.  This order shall serve as the notice of reciprocal discipline that is to be provided by the Clerk of Court pursuant to Local Rule 83.6(i)(1).  The Clerk of this Court is further directed to disable Benjamin Eugene Myers' ECF account on the effective date of his suspension so that he will be unable to file in any case, but that he will continue to receive notices of electronic filings (NEF's) in his cases at this email address: **benjamin@dejvongsa-myers.net.**  Benjamin Eugene Myers must immediately notify the Clerk in writing if a different email address should be used for noticing purposes in ECF.  Benjamin Eugene Myers must continue to notify his clients about the status of their cases in this court until the client obtains other counsel or the client has made a clear intention to proceed pro se.

DATED: June 4, 2015

BY THE COURT

```
                                  s/Michael J. Davis
                                  MICHAEL J. DAVIS
                                  Chief U.S. District Judge
```

Enclosed:   Copy of Local Rule 83.6(d) and 83.6(g)